NUMBER 13-01-210-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JOHN MORGAN AND KATHRYN MORGAN , Appellant,


v.


ABLE SUPPLY COMPANY, ET AL. , Appellee.

____________________________________________________________________


On appeal from the County Court at Law 

of Calhoun County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellants, JOHN MORGAN AND KATHRYN MORGAN , perfected an appeal from a judgment entered by the County
Court at Law of Calhoun County, Texas, in cause number 00-CV-75 . After the record was filed, appellants filed a motion
to dismiss the appeal. In the motion, appellants state that they no longer wish to prosecute this appeal. Appellants request
that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of August, 2001 .